Submitted on remand May 29, motions to strike petitions for judicial review allowed July 24, 1991

OREGON PEACEWORKS GREEN, PAC,
*Petitioner,*

*v.*

SECRETARY OF STATE,
*Respondent.*

(CA A50974 (Control), A50975)

814 P2d 190

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and John A. Reuling, Jr., Assistant Attorney General, Salem, for motions.

No appearance *contra.*

Before Rossman, Presiding Judge, and Joseph, Chief Judge, and Edmonds, Judge.

PER CURIAM

**PER CURIAM**

In *Oregon Peaceworks Green, PAC v. Sec. of State,* 311 Or 267, 810 P2d 836 (1991), the court held that we erred in denying the Secretary of State's motions to strike the petitions for judicial review and remanded the case to us for proceedings consistent with its opinion. Accordingly, we allow the motions to strike.

Motions to strike petitions for judicial review allowed.